APS-183                                                                    April 6, 2006

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **06-1974**

IN RE: KENNETH T. DEPUTY

Present:     SLOVITER, MCKEE AND FISHER, CIRCUIT JUDGES

Submitted is Petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive habeas corpus petition in the above-captioned case.

Respectfully,

Clerk

06 mc 81

MMW/DMP/nf/clw

_____ORDER_____

The foregoing application to file a second or successive § 2254 petition is denied. Applicant's claims were raised and adjudicated in his first § 2254 petition. See 28 U.S.C. 2244(b)(1) ("a claim presented in a second or successive habeas corpus application under section 2254 that was presented in a prior application shall be dismissed"). Moreover, Applicant does not rely on any new rule of constitutional law that was made retroactive to cases on collateral review by the Supreme Court. See 28 U.S.C. § 2244(b)(2)(A). Further, to the extent that any of his claims could be construed as new which was not presented in a prior habeas petition, Applicant has not shown that the factual predicate for the claim could not have been previously discovered through the exercise of due diligence, and the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found him guilty of the underlying offenses. See 28 U.S.C. § 2244(b)(2)(B)(i), (ii).



By the Court,

/s/ Theodore A. McKee
Circuit Judge

A True Copy:
Marcia M. Waldron

Dated: April 17, 2006   Marcia M. Waldron, Clerk
SLC/cc: Mr. Kenneth T. Deputy
        Office of the Atty Gen DE

